UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JEFFREY L. JACKSON**                                                                                  **PLAINTIFF**

VS.                               Case No. 3:06CV00121-BD

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 4th day of May, 2007.

_____
U. S. MAGISTRATE JUDGE